O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA DANDRIDGE-BARNETT,<br><br>            Plaintiff,<br><br>    v.<br><br>BARNES AND NOBLE, INC.,<br><br>            Defendant. | Case No. EDCV 14-2254-JLS (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in *de novo* review of those portions of the Report and Recommendation to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

    IT IS THEREFORE ORDERED that Judgment be entered (1) dismissing Plaintiff's federal claims with prejudice, and (2) dismissing Plaintiff's state-law claims without prejudice, but without leave to amend.

DATED: June 4, 2015        _____
                                       HONORABLE JOSEPHINE L. STATON
                                       UNITED STATES DISTRICT JUDGE