JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA DANDRIDGE-BARNETT,<br><br>             Plaintiff,<br>       v.<br>BARNES AND NOBLE, INC.,<br><br>             Defendant. | Case No. CV 14-2254-JLS (KK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, IT IS HEREBY ADJUDGED that (1) Plaintiff's federal claims are dismissed with prejudice, and (2) Plaintiff's state-law claims are dismissed without prejudice, but without leave to amend.

Dated: June 4, 2015

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE